BARBARA HOPE O'NEILL #102968
Attorney at Law
2014 Tulare Street, Suite 510
Fresno, California 93721
Telephone: (559) 459-0655

Attorney for Noe Ceballos-Alvarez

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:10CR00339 LJO |
| | ) | |
| | ) | STIPULATION TO CONTINUE |
| Plaintiff, | ) | SENTENCING AND ORDER |
| vs. | ) | |
| | ) | |
| Noe Ceballos-Alvarez, | ) | |
| | ) | DATE: Sept. 30, 2011   TIME: 9 am |
| Defendant. | ) | HON:  Lawrence J. O'Neill |

   Barbara Hope O'Neill the attorney of record for Noe Ceballos-Alvarez and Kevin P. Rooney, Assistant United States Attorney, have agreed to continue the sentencing date in this matter from September 30, 2011 until October 28, 2011 at 9am.  Defense counsel needs more time to prepare for sentencing.  The proffer to satisfy the debriefing was accepted by the government on September 22, 2011.  Defense counsel wants to write a sentencing memo now that the proffer has been accepted and review the sentencing report with the defendant.  He is being housed at Lardo so counsel can only interview him on Fridays.  Furthermore an interpreter is required for the interview.  The additional time is needed in order for counsel to be properly prepared for sentencing.

Dated: September 26, 2011                Respectfully submitted,

                                        /s/ Barbara Hope O'Neill
                                        Barbara Hope O'Neill
                                        Attorney for Noe Ceballos-Alvarez


Dated: September 26, 2011                /s/ Kevin P. Rooney
                                        Kevin P. Rooney
                                        Assistant U.S. Attorney




                                ORDER

       Upon stipulation of the parties and good cause appearing therefore,

       IT IS HEREBY ORDERED that the sentencing hearing presently set for

September 30, 2011 at 9 a.m. is continued until October 28, 2011, at 9 a.m., to be heard

before the Hon. Lawrence J. O'Neill.




IT IS SO ORDERED.

    Dated:   **September 26, 2011**            **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT
JUDGE